tioners.  *Solicitor General Rankin, Assistant Attorney General Olney* and *Beatrice Rosenberg* for the United States.

No. 959.  UNDERWOOD ET AL. *v.* KNOX GLASS BOTTLE CO. ET AL.  Supreme Court of Mississippi.  Certiorari denied.  *Wm. Harold Cox* and *Garner W. Green, Sr.* for petitioners.  *Charles B. Snow* and *Junior O'Mara* for respondents.

No. 919.  ADAMS *v.* UNITED STATES.  Court of Claims. Certiorari denied.  Petitioner *pro se.  Solicitor General Rankin, Assistant Attorney General Doub* and *Paul A. Sweeney* for the United States.

No. 714, Misc.  PHILLIPS *v.* MAILLER ET AL.  Supreme Court of New York, Schenectady County.  Certiorari denied.

No. 312, October Term, 1955.  UNITED STATES *v.* OHIO POWER Co., *ante,* p. 98.  Motion for consideration by the full Court and petition for rehearing denied.  MR. JUSTICE BRENNAN and MR. JUSTICE WHITTAKER took no part in the consideration or decision of this motion and application.

No. 621.  PREISLER *v.* UNITED STATES, 352 U. S. 990. Motion for leave to file petition for rehearing out of time denied.  MR. JUSTICE WHITTAKER took no part in the consideration or decision of this motion.